Opinion adopted by Supreme Court.

## MASSINGTON v. STATE.
### No. 22899.

Court of Criminal Appeals of Texas.
June 14, 1944.

Everett H. O'Dowd, of Waco, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was convicted in the county court of Coryell County for the violation of the liquor law, and his punishment was assessed at a fine of $225 and three months' confinement in the county jail.

The complaint and information appear regular. The record is before this court without statement of facts or bills of exceptions. Nothing is presented for review.

The judgment of the trial court is affirmed.